rari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Paul B. Cromelin, Bolitha J. Laws,* and *Francis Price* for petitioner. *Mr. Isaac Pacht* for respondent.

No. 121. DAVIS *v.* TOLOWA ROYALTIES, INC., ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Charles West* for petitioner. No appearance for respondents.

No. 122. AMERICAN MOLASSES Co. *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Adrian C. Humphreys, S. M. Stroock, Charles C. Carlin,* and *M. Carter Hall* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg.* and *Messrs. Claude R. Branch, George H. Foster,* and *Paul D. Miller for the United States.*

No. 123. BLACK HARDWARE Co. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John David Watkins* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. J. Louis Monarch, Harvey R. Gamble,* and *W. Marvin Smith* for respondent.

No. 127. ROBB ET AL. *v.* NOXON CHEMICAL PRODUCTS Co., INC., ET AL.; and

No. 128. LECKIE ET AL. *v.* SAME. October 13, 1930. Petition for writs of certiorari to the Circuit Court of